PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>2021 TOYOTA TRD 4RUNNER, VIN: JTEPU5JR4M5948693, LICENSE NUMBER: 8XXF463 and<br><br>2022 MERCEDES BENZ AMG CLA 4MATIC, VIN: W1K3G4EB0NJ364663, LICENSE NUMBER: 9BYD950,<br><br>　　　　Defendants. | 2:23-MC-00350-DJC-DB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and potential claimants Michael W. Bowden, Kasandra Dolan, and Michael J. Bowden ("claimants"), by and through their respective counsel, as follows:

　　　　1.　　On or about June 26, 2023, claimants Michael W. Bowden, Kasandra Dolan, and Michael J. Bowden filed claims in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the above-referenced vehicles (hereafter "defendant vehicles"), which were seized on March 23, 2023.

　　　　2.　　The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

person to file a claim to the defendant vehicles under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant vehicles as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant vehicles and/or to obtain an indictment alleging that the defendant vehicles are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is September 22, 2023.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 21, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicles and/or to obtain an indictment alleging that the defendant vehicles are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant vehicles and/or to obtain an indictment alleging that the defendant vehicles are subject to forfeiture shall be extended to November 21, 2023.

Dated: 9/20/2023                              PHILLIP A. TALBERT
                                              United States Attorney

                                       By:    /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney


Dated: 9/18/2023                              /s/ Candice Fields
                                              CANDICE FIELDS
                                              Attorney for potential claimants Michael J Bowden,
                                              Michael W. Bowden, and Kasandra Dolan
                                              (Authorized by email)


**IT IS SO ORDERED**.

Dated: September 21, 2023                     /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE